UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,                                   Criminal No. 06-09 (1)-(2) (RHK/RLE)

        Plaintiff,                                                      **ORDER**

vs.

Richard Charles Person (1), and
Ronnielynn Marie Keezer (2),

        Defendants.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

1. The Report and Recommendation (Doc. No. 68) is **ADOPTED**;

2. The Motion of Ronnielynn Keezer to Dismiss the Indictment (Doc. No. 46) is **DENIED**;

3. The Motion of Ronnielynn Keezer to Suppress Evidence of Search and Seizure (Doc. No. 41) is **DENIED**;

4. The Motions of Ronnielynn Keezer to Quash Arrest and Suppress Evidence Illegally Obtained (Doc. Nos. 51 and 52) are **DENIED;** and

    5.  The Motion of Ronnielynn Keezer to Suppress Evidence Derived from Electronic Surveillance (Doc. No. 54) is **DENIED AS MOOT**;

Dated: April 6, 2006

                                                                s/Richard H. Kyle
                                                                 RICHARD H. Kyle
                                                                 United States District Judge